UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
DEC 8 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF ) | DOCKET NO.: 3:09mj285 |
| ) | |
| ONE 2004 FORD EXPLORER, ) | |
| VIN 1FMZU77K54UB10628, ) | |
| REGISTERED IN THE NAME OF ) | |
| KEITH FRANKLIN SIMMONS, ) | |
| ) | **ORDER** |
| ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Seizure Warrant Affidavit and Application numbered above be unsealed,

**IT IS HEREBY ORDERED** that the Seizure Warrant Affidavit and Application be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 8th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE